IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13-CR-204 |
| vs. | |
| MICHAEL VOCELKA, | ORDER |
| Defendant. | |

This matter is before the Court on the United States' motion to dismiss the indictment without prejudice. Filing 27. Pursuant to Fed. R. Crim. P. 48(a), the United States' motion to dismiss is granted.

Dated this 16th day of October, 2013.

BY THE COURT:

*signature*

John M. Gerrard
United States District Judge